**EXHIBIT 2:** INFRINGEMENT

URL: https://okcheartandsoul.com/sports/kevin-durant-quote-sums-up-vibes-around-nets-perfectly/

