**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT
URL:
https://nypost.com/2022/10/11/nets-finding-right-balance-for-kevin-durants-minutes-is-key/

